UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MAISHA GUY,<br>　　　　Defendant. | Case No.:  8:23-MJ-00206<br><br>ORDER<br>AFTER HEARING HELD PURSUANT<br>TO 18 U.S.C. § 3148 (B)<br><br>(Alleged Violation of Conditions of Pretrial Release) |

A.

A warrant for arrest of the defendant for the alleged violation of conditions of pretrial release having been issued by Judge __Vilt, W.D. KY__, and the Court having conducted a hearing on the alleged violation(s),

B.

The Court finds

(1)

 (A) ( ) that there is probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

 (B) (X) that there is clear and convincing evidence that the defendant has violated any other condition of release, specifically the following: __failing to advise the court or PSA in writing before making any change of residence.__

and

(2)

    (A)  ( )  that based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety or any other person or the community; or

    (B)  ( )  that the defendant is unlikely to abide by any condition or combination of conditions of release.

and/or, in the event of (1) (A)

(3)  ( )  that the defendant has not rebutted the presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community.

or

(4)  (X)  that there are conditions of release that will assure that the defendant will not flee or pose a danger to the safety of any other person or the community, and that the defendant will abide by such conditions. <u>See</u> separate order setting conditions.

    ( )  This Order shall be stayed for 72 hours in order to allow the Government to seek review from the [assigned District Judge] [criminal duty District Judge].

or

C.

( ) IT IS ORDERED that the defendant be detained prior to trial.

DATED: <u>April 6, 2023</u>

*Karen E. Scott*
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE